IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT LEROY APPLEY,<br><br>Petitioner,<br><br>vs.<br><br>MICHELLE WILHELM,<br><br>Respondent. | 4:20CV3033<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). (Filing No. 2.) Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). As indicated in the court's records, Petitioner has paid the $5.00 fee. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP (filing no. 2) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 27th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge